477 F.2d 564
 A.C. RENT-A-CAR, INC., Plaintiff-Appellant,
v.
The AMERICAN NATIONAL BANK & TRUST COMPANY OF MOBILE et al.,
Defendants-Appellees,
The CURRY CORPORATION, Plaintiff-Appellant,
v.
The AMERICAN NATIONAL BANK & TRUST COMPANY OF MOBILE et al.,
Defendants-Appellees,
 No. 72-2380.
 United States Court of Appeals,
Fifth Circuit.
 June 8, 1973.
 
 Frederick O. Scheske, Miami, Fla., for plaintiffs-appellants.
 Mayer W. Perloff, Oliver J. Latour, Jr., Harry H. Riddick, Mobile, Ala., for defendants-appellees.
 Before WISDOM, DYER and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 
 1
 This Court having carefully reviewed the evidence presented to the district court below sitting without a jury, we find the district court's memorandum of Findings of Fact and Conclusions of Law, 339 F.Supp. 506, to be correct, and the judgment is hereby
 
 
 2
 Affirmed.